Kendrick Taylor, Respondent, v. John W. Barnett, as Executor, etc., of Betsey A. Barnard, Deceased, and Herbert H. Paddock, Appellants.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented.

Sadie Coleman, as Administratrix, etc., of Maurice Coleman, Late of the City of Buffalo, in the County of Erie, New York, Deceased, Appellant, v. Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented, and Kruse, J., not voting.

Harry Howell, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order reversed with* new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the verdict to the sum of $2,000 as of the date of the rendition thereof, in which event the judgment as so modified and the order are affirmed, without costs of this appeal to either party. All concurred, except Kruse and Robson, JJ., who dissented and voted for affirmance.

Dudley Carr, Respondent, v. Auburn and Syracuse Electric Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Nicholas C. Fries, Appellant, v. John P. Fries and Others, Respondents.— Interlocutory judgment affirmed, with costs. All concurred.

Della Dorner, an Infant, by Henry Dorner, Her Guardian ad Litem, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented on the ground that the evidence fails to show actionable negligence on the part of the defendant or freedom from contributory negligence on the part of the plaintiff.

Edwin C. Larned, Respondent, v. Oliver Watson, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented on the ground that there is no evidence that the alleged failure of the defendant to perform his contract resulted in damage to the plaintiff, and on the further ground that plaintiff waived any such breach on the defendant's part.

Arthur Worden, Respondent, v. Clarence D. Bentley, Appellant.— Judgment and order affirmed, with costs. All concurred.

Mary Agnes Barry, an Infant, by James G. Barry, Her Guardian ad Litem, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Order affirmed, with costs. All concurred; Robson, J., not sitting.

Mathew Wall, Respondent, v. The Skaneateles Paper Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Henry Loftie, Appellant, v. William B. Kirk, Respondent, Impleaded with Charles E. Hubbell and Others.— Judgment affirmed, with costs. All concurred.

Cora E. Ruleff, as Sole Administratrix, etc., of Charles Ruleff, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented; Robson, J., not sitting.

* Sic.